# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**JORGE LUIS RIVERA GARCIA**              **Case No.   19-02175-MCF**

                                **Chapter 13**       **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO***

### I. Appearances

| | | | |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | |
| **Joint Debtor** | [ ] Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |

[ ] Prose

[X] Appearing:    Roberto Figueroa Carrasquillo, Esq.

**Date & Time:**    5/28/2019  1:30:00PM

[X] R        [ ] NR    LV:  $0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

None

### II. Oath Administered
[X] Yes            [ ] No

### III. Plan

**Date:**   04/22/2019        **Base:**    $9,000.00    Payments 1 made out of  1 due.

**Confirmation Hearing Date:**    6/21/2019  1:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -  $132.00    =  $2,868.00

### IV. Status of Meeting

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**JORGE LUIS RIVERA GARCIA**

Case No.   **19-02175-MCF**

**Chapter 13**    Attorney Name:    **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

### Trustee's Report on Confirmation

**[X] FAVORABLE**

**[ ] UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State  - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal  - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

### Trustee's objection to confirmation

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 1**

**The following party(ies) object(s) confirmation:**

___s/Miriam Salwen___    Date:    05/28/2019

**Trustee/Presiding Officer**    (Rev. 05/13)